**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Wynstone Development Group, LP, | : | Case No. 10-17863 (SR) |
| Debtor. | : | |

**ORDER UNDER 11 U.S.C. §§ 302 AND 342(c)(1), FED. R. BANKR. P. 1005, 1015, AND 2002 DIRECTING JOINT ADMINISTRATION OF CASE WITH PENDING CASES OF AFFILIATED DEBTORS AND WAIVING REQUIREMENTS OF 11 U.S.C. §§ 105 AND 342(c)(1) AND FED. R. BANKR. P. 1005 AND 2002(n)**

AND NOW, this _______ day of ___________, upon consideration of the motion (the "Motion"), of the above-captioned debtor and debtor-in-possession (the "Debtor"), for entry of an order under 11 U.S.C. §§ 302 and 342(c)(1), and Rules 1005, 1015(b), and 2002(n) of the Federal Rules of Bankruptcy Procedure, directing joint administration of this case and administratively consolidating this case with the jointly administered chapter 11 cases of the Debtor's affiliated companies for procedural purposes only, and waiving the requirement that the caption list the Debtor's tax identification number and address; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate and creditors, and other parties in interest; and it appearing that notice of the Motion was good and sufficient under the particular circumstances and that no other or further notice need be given; and upon the record herein; and after

due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. The above-captioned chapter 11 case shall be jointly administered by the Court with the pending chapter 11 cases of the Debtor's affiliated companies.

3. The caption of the jointly administered cases shall as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| - - - - - - - - - - - - - | x | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| TH Properties, L.P., *et al.*,[1] | : | Case No. 09- 13201 (SR) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| - - - - - - - - - - - - - | x | |

---

1 The Debtors and the last four digits of their taxpayer identification numbers are: TH Properties, L.P. (4545) TH Properties of New Jersey, L.P. (5640); Northgate Development Company, LP (8803); Morgan Hill Drive, LP (4624); TH Properties, Inc. (1947); TH Properties, LLC (7127); Swamp Pike, LP (7841); and Wynstone Development Group, LP (4448). The principal place of business for the Debtors is 345 Main Street, Harleysville, PA 19438.

4. Each motion, application, and notice shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of TH Properties, L.P., Case No. 09-13201 (SR).

5. The requirement that the Debtor's address be contained in the caption is hereby waived, though it is contained in the footnote of the caption.

6. A docket entry shall be made in the above-captioned Debtor's cases substantially as follows:

> An order has been entered in this case directing the joint administration of the chapter 11 case with the jointly administered cases of TH Properties, L.P. and its affiliates at Case No. 09-13201 (SR), which shall should be consulted for all matters affecting this case.

7. The Court shall retain jurisdiction to hear and determine all matters related to or arising from implementation or interpretation of this Order.

10-21-2010

The Honorable Stephen Raslavich,
United States Bankruptcy Judge

Interested Parties:

Natalie D. Ramsey, Esquire
Montgomery, McCracken, Walker & Rhoads, LP
123 South Broad Street
Philadelphia, PA 19109

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Albert A. Ciardi, III, Esquire
Ciardi, Ciardi & Austin
One Commerce Square
2005 Market Street, Suite 1930
Philadelphia, PA 19103